UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTHONY LANDRENEAU and** § | CIVIL ACTION NO: |
| **LEAH LANDRENEAU** § | |
| § | 3:17-CV-02848-D |
| *Plaintiffs* § | |
| v. § | |
| § | JUDGE: SIDNEY A. FITZWATER |
| **FOREST RIVER, INC., AT AL** § | |
| § | |
| *Defendant*s § | JURY TRIAL REQUESTED |

NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES COURT:

Plaintiff, **ANTHONY LANDRENEAU and LEAH LANDRENEAU**, and Defendants, **FOREST RIVER, INC., MOTOR HOME SPECIALIST, LP, ALLIANT CREDIT UNION AND DAIMLER TRUCKS NORTH AMERICA LLC**, have reached a settlement in this matter.

Plaintiffs and Defendants will submit an agreed motion of dismissal with prejudice within 60 days.

RESPECTFULLY SUBMITTED:

BY:/s/ *Richard C. Dalton*
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
1343 West Causeway Approach
Mandeville, Louisiana 70471
E-mail: rdalton746@aol.com
Tel. (985) 778-2215
Fax: (985) 778-2233

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2019, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

_____*Richard C. Dalton*_____
RICHARD C. DALTON